IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2044-FL

| | | |
|---|---|---|
| THOMAS COVINGTON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE KENWORTHY, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a state inmate, petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 8, 2011, the court granted respondent's motion for summary judgment, and dismissed the action. Petitioner appealed the court's decision, and the Fourth Circuit Court of Appeals subsequently dismissed petitioner's appeal. Covington v. Kenworthy, 430 F. App'x 243 (4th Cir. May 24, 2011). Petitioner next filed a motion to set aside judgment pursuant to Federal Rule of Civil Procedure 60(b), which the court denied on May 31, 2013. On September 2, 2013, petitioner appealed the court's ruling on his Rule 60(b) motion, and the court of appeals dismissed petitioner's appeal for failure to prosecute. See Covington v. Kenworthy, No. 13-7488 (4th Cir. Dec. 2, 2013). The matter now comes before the court on petitioner's two motions for reconsideration of the court's May 31, 2013, ruling on his Rule 60(b) motion (DE 41, 42).

The court has reviewed the matter in its entirety and finds its original determination as to petitioner's Rule 60(b) motion is appropriate. Therefore, petitioner's motions for reconsideration (DE 41, 42) are DENIED.

SO ORDERED, this the 11th day of May, 2015.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge